Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Sebastian Cribari, Esq.
Nevada Bar No. 15888
scribari@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Everest National Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDSON MAC DUFF,<br><br>  Plaintiff,<br><br>vs.<br><br>EVEREST NATIONAL INSURANCE d/b/a EVEREST INSURANCE COMPANY, a foreign corporation; DOE EVEREST NATIONAL INSURANCE d/b/a EVEREST INSURANCE COMPANY EMPLOYEE, an individual; DO INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No.: 2:23-cv-00174-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Judson MacDuff ("Plaintiff") and Defendant Everest National Insurance Company ("Everest") jointly stipulate that Everest's time to respond to Plaintiff's Complaint is extended thirty (30) days from the current date of February 8, 2023, until **March 10, 2023**. The request is to allow Everest to review the factual basis of Plaintiff's claim, including recent and additional documentation related to Plaintiff's claimed damages, which review will allow the parties a more thorough opportunity to address the issues in dispute related to Plaintiff's claim for insurance benefits. This is the first extension of time of Everest's deadline to respond to the Complaint.

1   The parties hereto preserve and do not waive any objections or defenses by this Stipulation.

2   **IT IS SO STIPULATED, this 6th day of February, 2023.**

3

4   */s/ Howard J. Russell*
Howard J. Russell, Esq.
Sebastian Cribari, Esq.
5   WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6   6385 South Rainbow Boulevard, Suite 400
Las Vegas, NV 89118
7

8   *Attorneys for Defendant*
*Everest National Insurance Company*
9

10  */s/ Jessica M. Munoz*
Jessica M. Munoz, Esq.
11  RICHARD HARRIS LAW FIRM
801 South Fourth Street
12  Las Vegas, NV 89101

13  *Attorneys for Plaintiff Judson Mac Duff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  2-6-2023  _____