Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Sebastian Cribari, Esq.
Nevada Bar No. 15888
scribari@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Everest National Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDSON MAC DUFF,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EVEREST NATIONAL INSURANCE d/b/a EVEREST INSURANCE COMPANY, a foreign corporation; DOE EVEREST NATIONAL INSURANCE d/b/a EVEREST INSURANCE COMPANY EMPLOYEE, an individual; DO INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-00174-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ANSWER TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff Judson MacDuff ("Plaintiff") and Defendant Everest National Insurance Company ("Everest") jointly stipulate that Everest's time to answer Plaintiff's Complaint is extended twenty-one (21) days from the current date of March 10, 2023, until **March 31, 2023**. The brief requested extension is to allow the parties an opportunity to explore if resolution is possible prior to further proceedings. This request is not for the purposes of delay, and the parties have already conducted a FRCP 26(f) Conference and discussed discovery planning in the event the case proceeds. This is the second extension of time of Everest's deadline to respond to the Complaint.

The parties hereto preserve and do not waive any objections or defenses by this Stipulation.

**IT IS SO STIPULATED, this 10th day of March, 2023.**

*/s/ Howard J. Russell*
Howard J. Russell, Esq.
Sebastian Cribari, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Boulevard, Suite 400
Las Vegas, NV 89118

*Attorneys for Defendant*
*Everest National Insurance Company*

*/s/ Jessica M. Munoz*
Jessica M. Munoz, Esq.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Judson Mac Duff*

Dated: March 13, 2023

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: