Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Sebastian Cribari, Esq.
Nevada Bar No. 15888
scribari@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant*
*Everest National Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDSON MAC DUFF,<br><br>              Plaintiff,<br><br>vs.<br><br>EVEREST NATIONAL INSURANCE d/b/a EVEREST INSURANCE COMPANY, a foreign corporation; DOE EVEREST NATIONAL INSURANCE d/b/a EVEREST INSURANCE COMPANY EMPLOYEE, an individual; DO INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>              Defendants. | Case No.: 2:23-cv-00174-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

/ / /

The Parties jointly stipulate, pursuant to FRCP 41(a), that Plaintiff's claims against Defendant Everest National Insurance Company are DISMISSED WITH PREJUDICE, and this action may be dismissed, closed on the Court's docket, and all pending deadlines may be vacated. The Parties have resolved this matter, and each is to bear its own costs, fees, and interest.

**IT IS SO STIPULATED, this 5th day of May, 2023.**

/s/ Howard J. Russell
Howard J. Russell, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant*
*Everest National Insurance Company*

/s/ Jessica M. Munoz
Jessica M. Munoz, Esq.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Judson Mac Duff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: May 15, 2023